IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE KUHN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-409 |
| | ) | Chief Judge Donetta W. Ambrose |
| JOANNE B. BARNHART, | ) | Magistrate Judge Lisa Pupo Lenihan |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
|     Defendant. | ) | |

MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court on March 29, 2005, and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates

The Magistrate Judge's Report and Recommendation (Doc. No. 15), filed on February 7, 2006, recommended that Plaintiff's Motion for Summary Judgment be denied, Defendant's Motion for Summary Judgment be granted, and the decision of the Commissioner of Social Security to deny Plaintiff's application be affirmed. Service was made on all counsel of record. No objections to the Report and Recommendation having been filed, the following Order is entered:

AND NOW, this 6th day of March, 2006:

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED the decision of the Commissioner of Social Security to deny Plaintiff's application is AFFIRMED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

                                                                          _____
                                                                          Chief Judge Donetta W. Ambrose
                                                                          United States District Judge

Dated: ~~February~~ March 6, 2006

cc: Christine M. Nevel, Esq.
     220 South Washington St.
     Butler, PA  16001
     Counsel for Plaintiff

     Paul Skirtich, Esq.
     U.S. Attorney's Office
     700 Grant Street, Suite 400
     Pittsburgh, PA  15219
     Counsel for Defendant